IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAFIIQ (Last Name Unknown), *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-01506 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
| Respondents. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2005, copies of the foregoing were transmitted via Federal Express to counsel for petitioner:

    Mona Burton
    HOLLAND & HART LLP
    60 East South Temple, Suite 2000
    Salt Lake City, UT 84111
    (801) 595-7800

      /s/ Preeya M. Noronha
    PREEYA M. NORONHA
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W.   Room 7226
    Washington, DC  20530
    Tel.:  (202) 514-3338
    Fax:  (202) 616-8202

    One of the Attorneys for Respondents