IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAFIIQ (Last Name Unknown), *et al.*,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH,<br>　　President of the United States,<br>　*et al.*,<br><br>　　　　Respondents. | Civil Action No. 05-CV-01506 (RMC) |

## **CERTIFICATE OF SERVICE**

　　I hereby certify that on August 31, 2005, copies of the foregoing were transmitted via

Federal Express to counsel for petitioner:

> Mona Burton
> HOLLAND & HART LLP
> 60 East South Temple, Suite 2000
> Salt Lake City, UT 84111
> (801) 595-7800

> 　/s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W.　Room 7226
> Washington, DC  20530
> Tel.:  (202) 514-3338
> Fax:  (202) 616-8202
>
> One of the Attorneys for Respondents