IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHAFIIQ (Last Name Unknown), *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-1506 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| Respondents. | ) | |

## (PROPOSED) ORDER DENYING MOTIONS

Having considered Respondents' Motion for Order to Show Cause Why Case

Should Not be Dismissed for Lack of Proper "Next Friend" Standing or, In The

Alternative, to Stay Proceedings Pending Related Appeals and for Continued

Coordination and Petitioners' Opposition to the Motions, and it appearing that no cause

exists for granting either Motion, both Motions are hereby denied.

The parties shall appear before this Court on _____, 2005 for a

status conference.

**SO ORDERED.**

DATED: _____          _____
                                                            United States District Judge

3449951_1.DOC