IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAFIIQ (Last Name Unknown), *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-1506 (RMC) ) |
| GEORGE W. BUSH, | ) ) |
| President of the United States, *et al.*, | ) ) ) |
| Respondents. | ) ) |

**(PROPOSED) ORDER SETTING PRETRIAL CONFERENCE**

Mr. Shafiiq having moved this Court for an Order setting a pretrial conference in the above-captioned matter pursuant to FED. R. CIV. P. 16(a);

IT IS HEREBY ORDERED that a pretrial conference in the above-captioned matter will be held on the ____ day of _____ at _____ o'clock ____.m. Exactly _____ minutes has been set aside for this pretrial conference.

DATED this ____ day of _____, 2005.

_____
District Court Judge

3465853_1.DOC