IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1458 (ESH) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| NABIL (Last Name Unknown), *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1504 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ABBAR SUFIAN AL HAWARY, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1505 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| ) | |
| Respondents. ) | |

| | | |
|---|---|---|
| SHAFIIQ (Last Name Unknown), *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1506 (RMC) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| SADAR DOE, *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1704 (JR) |
| GEORGE W. BUSH,<br>President of the United States, | ) ) ) | |
| Respondents. | ) ) | |
| MUHAMMED QASIM, *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1779 (JDB) |
| GEORGE W. BUSH,<br>President of the United States, | ) ) ) | |
| Respondents. | ) ) | |

**ENTRY OF APPEARANCE OF SCOTT S. BARKER AND CERTIFICATE OF INDIGENT REPRESENTATION UNDER LCvR 83.2(G)**

I, Scott S. Barker, hereby enter my appearance on behalf of the Petitioners Nabil, Shaqiif and Al Hawary in the captioned matters.

Pursuant to LCvR 83.2(g) , I certify that I am a member in good standing of the Bars of the Supreme Court of the State of Colorado; the United States District Court for

2

the District of Colorado; and the Tenth Circuit Court of Appeals.  I further certify that I am providing legal representation to Petitioners without compensation.

Dated:  November 17, 2005

Respectfully submitted,

/s Scott S. Barker
_____
Scott S. Barker (Colorado State Bar #11177)
J. Triplett Mackintosh (Colorado State Bar #22359)
Rick D. Bailey (Colorado State Bar #26554)
Mona Burton (Utah State Bar #5399)
Todd W. Miller (Colorado State Bar #16306)
Hamid M. Khan  (Colorado State Bar #34139)
James E. Williams (Colorado State Bar #34727)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000

Of Counsel
Barbara J. Olshansky (New York State Bar #3635)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY  10012
Telephone:  (212) 614-6439

**COUNSEL FOR PETITIONERS NABIL, SHAQIIF AND AL HAWARY**

## CERTIFICATE OF SERVICE

I certify that on November 17, 2005 I served a copy of the foregoing document to the following by

☐ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax
☒ Electronic Service


Preeya Noronha, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530
preeya.noronha@usdoj.gov

Kevin G. Boris, Esq
Ruprecht, Hart & Weeks, LLP
306 Main Street
Millburn, New Jersey 07041
kboris@rhwlawfirm.com

Elizabeth Gilson, Esq.
egilson@snet.net

Gita Gutierrez, Esq.
GGutierrez@ccr-ny.org


3479231_1.DOC

4