# AUTHORIZATION & NOTIFICATION

I, JAMAL KIYEMBA ███████, UNDERSTAND THE LEGAL TERM "NEXT FRIEND" AND FIRMLY BELIEVE THAT THE FOLLOWING PEOPLE (AS ATTACHED), WHO I HAVE COME TO KNOW DURING MY CAPTIVITY SINCE MARCH 2002, WANT ME TO ACT AS THEIR "NEXT FRIEND", AND AUTHORIZE CLIVE STAFFORD SMITH TO SEEK ANY LEGAL REDRESS ON THEIR BEHALF THAT IS POSSIBLE, AND I SO AUTHORIZE HIM. I ALSO SUBMIT THIS DOCUMENT AS EVIDENCE, INDEPENDENT OF THEIR RELIANCE UPON ME AS "NEXT FRIEND", OF THEIR SPECIFIC DESIRE FOR A LAWYER AND FOR A LEGAL CHALLENGE TO THE ILLEGALITY OF THEIR DETENTION BY THE UNITED STATES OF AMERICA.

THIS AUTHORIZATION & NOTIFICATION APPLIES TO ALL PERSONS LISTED ON THE ATTACHED LISTS, AS INITIALED BY ME.

MARCH 10TH, 2005.

_Kiyemba_

NAMES OF DETAINEES

| # | Name | Nationality | Camp | |
|---|------|-------------|------|---|
| 1 | ALI | UZBEKISTAN | CAMP I | |
| 2 | ABDULLAH | UZBEKISTAN | CAMP I | |
| 3 | KHALID | TURKISTAN | CAMP 4 (UIGUR) | |
| 4 | ABDUSABUR | " | " | " |
| 5 | ABU SAMAD | " | " | " |
| 6 | HAMMAD | " | " | " |
| 7 | ABDU NASIR | " | " | " |
| 8 | JALAAL | " | " | " |
| 9 | BILAL | SYRIAN | CAMP I (ARABIC) | |
| 10 | FAISAL | SAUDI | CAMP I | " |
| 11 | BANDAR ALJAABIR | " | " | " |
| 12 | AHMAD | TURKUSTAN | CAMP 4 (UIGUIR) | |
| 13 | SAADIQ | " | " | |
| 14 | WALIID | SUDAN | CAMP I | |
| 15 | HAMMAD | " | CAMP 4 | |
| 16 | MAHMOOD | SUDAN | CAMP I | |
| 17 | SAIFULLAH | TUNISIAN | CAMP II | ITALIAN? ARABIC |
| 18 | YUSUF ASSHIHRI | SAUDI | CAMP III | |
| 19 | YUSUF ARIREJH | SAUDI | CAMP I | |
| 20 | ABDALLAH | TUNISIAN | CAMP II | ITALIAN? |
| 21 | ADIL | TUNISIAN | CAMP IV | ITALIAN? |
| 22 | ABU RAWDAH | SYRIAN | CAMP I | |
| 23 | SAABIR | TURKUSTAN | CAMP IV (UIGUI) | |
| 24 | SAALIH | TURKISH | CAMP IV | |
| 25 | DR. ABU MUHAMMAD | ALGERIAN | CAMP IV | ENG ARAB |
| 26 | *VERY ILL SALMAN ALBAHRI | SAUDI | CAMP I | |
| 27 | JAABIR ALQAHTAANI | SAUDI | CAMP II | |

J.K.

IDWAAN ALMAGREBI
AHD ALHARAAZI
AHD ABU HAFSA
HUDHAIFA
ABDURAHMAN ▓▓▓▓ [ISN]
SHAFIIQ
IABIL

MOROCCAN
SAUDI
YEMENI
TURKWTANI
YEMENI
ALGERIAN
ALGERIAN

CAMP IV Arabic
CAMP I Urguie
CAMP I Arabic
CAMP I Arabic
CAMP I French & Arabic

*[signature]*