UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-1458 (ESH) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| NABIL, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 05-1504 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ABBAR SUFIAN AL HAWARY, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-1505 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| **SHAFIIQ,** *et al.,* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH,** *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-1506 (RMC) |
| **HAMID AL RAZAK,** *et al.,* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH,** *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-1601 (GK) |
| **SADAR DOE,** *et al.,* )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH,** *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-1704 (JR) |

2

|                                        |   |
|----------------------------------------|---|
| **MUHAMMAED QASIM**, *et al.*          | ) |
|                                        | ) |
|     **Petitioner,**| ) |
|                                        | ) |
| v.                                     | ) Civil Action No. 05-1779 (JDB) |
|                                        | ) |
| **GEORGE W. BUSH**, *et al.*,          | ) |
|                                        | ) |
|     **Respondents.**| ) |

## ORDER

It is this 1st day of December, 2005, hereby:

ORDERED: that, without objection, the hearing scheduled for <u>Monday, December 5, 2005, at 11:00 a.m. in Courtroom 3</u> is CONTINUED, pending further order.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

3