# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLA THANI FARIS AL-ANAZI, *et al.,* )<br>)<br>*Petitioners,* )<br>)<br>)<br>v. )<br>)<br>)<br>GEORGE W. BUSH, *et al.,* )<br>)<br>*Respondents* )<br>_____) | Civ. No. 1:05-CV-00345<br>(JDB)(AK) |
| FAWZI AL ODAH, *et al.,* )<br>)<br>*Petitioners,* )<br>)<br>)<br>v. )<br>)<br>)<br>GEORGE W. BUSH, *et al.,* )<br>)<br>*Respondents* )<br>_____) | Civ. No. 1:04-CV-0828<br>(CKK)(AK) |
| SUHAIL ABDU ANAM, *et al.,* )<br>)<br>*Petitioners,* )<br>)<br>)<br>v. )<br>)<br>)<br>GEORGE W. BUSH, *et al.,* )<br>)<br>*Respondents* )<br>_____) | Civ. No. 1:04-CV-1194<br>(HHK)(AK) |

| | |
|---|---|
| **ABDUL HADI OMER HAMOUD FARAJ,**           )<br>                                                                                )<br>         *Petitioners,*                                             )<br>                                                                                )<br>                                                                                )<br>         v.                                                                  )     **Civ. No. 1:05CV01490**<br>                                                                                )              **(PLF)(AK)**<br>                                                                                )<br>**GEORGE W. BUSH,** *et al.,*                              )<br>                                                                                )<br>         *Respondents*                                          )<br>_____) | |

**MAHMOOD SALIM AL-MOHAMMED,** *et al.,*  )
                                                                                )
         *Petitioners,*                                             )
                                                                                )
                                                                                )
         v.                                                                  )     **Civ. No. 1:05CV00247**
                                                                                )              **(GK)(AK)**
                                                                                )
**GEORGE W. BUSH,** *et al.,*                              )
                                                                                )
         *Respondents*                                          )
_____)

**MOHAMMED,** *et al.,*                                       )
                                                                                )
         *Petitioners,*                                             )
                                                                                )
                                                                                )
         v.                                                                  )     **Civ. No. 1:05CV02087**
                                                                                )              **(RMC)(AK)**
                                                                                )
**GEORGE W. BUSH,** *et al.,*                              )
                                                                                )
         *Respondents*                                          )
_____)

2

| | |
|---|---|
| **NABIL**, *et al.*,                                    ) | |
|     *Petitioners*,                  ) | |
| v.                                                      ) | Civ. No. 1:05CV01504 |
|                                                         ) |     (RMC)(AK) |
| **GEORGE W. BUSH**, *et al.*,                           ) | |
|     *Respondents*                   ) | |

| | |
|---|---|
| **AL HAWARY**, *et al.*,                                ) | |
|     *Petitioners*,                  ) | |
| v.                                                      ) | Civ. No. 1:05CV01505 |
|                                                         ) |     (RMC)(AK) |
| **GEORGE W. BUSH**, *et al.*,                           ) | |
|     *Respondents*                   ) | |

| | |
|---|---|
| **SAIB**, *et al.*,                                     ) | |
|     *Petitioners*,                  ) | |
| v.                                                      ) | Civ. No. 1:05CV01353 |
|                                                         ) |     (RMC)(AK) |
| **GEORGE W. BUSH**, *et al.*,                           ) | |
|     *Respondents*                   ) | |

| | |
|---|---|
| **SHAFIQ**, *et al.*,                                   ) | |
|     *Petitioners*,                  ) | |
| v.                                                       ) | Civ. No. 1:05CV01506 |
|                                                          ) | (RMC)(AK) |
| **GEORGE W. BUSH**, *et al.*,                           ) | |
|     *Respondents*                   ) | |
| **HASSAN BIN ATTASH**, *et al.*,                        ) | |
|     *Petitioners*,                  ) | |
| v.                                                       ) | Civ. No. 1:05CV01592 |
|                                                          ) | (RCL)(AK) |
| **GEORGE W. BUSH**, *et al.*,                           ) | |
|     *Respondents*                   ) | |
| **ABDANNOUR SAMEUR**, *et al.*,                         ) | |
|     *Petitioners*,                  ) | |
| v.                                                       ) | Civ. No. 1:05CV01806 |
|                                                          ) | (CKK)(AK) |
| **GEORGE W. BUSH**, *et al.*,                           ) | |
|     *Respondents*                   ) | |

4

## NOTICE OF FILING

Petitioners in the above-captioned cases give notice that today they submitted under seal to the Court Security Officer their **Motion To Compel Privilege Team Compliance With The Amended Protective Order.** In this motion Petitioners request that the Court order the Privilege Team to comply with the terms of the Amended Protective Order and related orders entered in these cases.

Respectfully submitted,

Counsel for Petitioners:

 /s/ Anant Raut
David R. Berz, D.C. Bar #182105
David A. Hickerson, D.C. Bar #414723
Anant Raut, D.C. Bar #490211
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 682-7000
Fax: (202) 857-0939

 /s/ Kristine Huskey
Thomas B. Wilner, D.C. Bar #173807
Neil H. Koslowe, D.C. Bar #361792
Kristine A. Huskey, D.C. Bar #462979
Amanda E. Shafer
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 508-8000
Fax: (202) 508-8100

/s/ Eldon V.C. Greenberg
Eldon V.C. Greenberg,
D.C. Bar #159558
GARVEY SCHUBERT BARER
Fifth Floor
1000 Potomac Street, N.W.
Washington, D.C. 20007
Tel: (202) 965-7880
Fax: (202) 965-1729

 /s/ Marc Falkoff
David H. Remes
Marc Falkoff, D.C. Bar #491149
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Suite 803E
Washington, D.C. 20004
Tel: (202) 662-5212
Fax: (202) 662-6291

/s/ Robert C. Weaver, Jr.
Robert C. Weaver, Jr. OSB #80135
Samuel C. Kauffman, OSB #94352
GARVEY SCHUBERT BARER
Eleventh Floor
121 SW Morrison St.
Portland, OR 97204
Tel: (503) 228-3939
Fax: (503) 226-0259

 /s/ Randall T. Coyne
Randall T. Coyne
University of Oklahoma College of Law
Andrew Coats Hall
300 Timberdell Road
Norman, OK 73019
Tel: (405) 325-4646
Fax: (405) 325-0389


Thomas R. Brett
Craig Hoster
Larry D. Ottaway
CROWE & DUNLEVY
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103
Tel: (918) 592-9830

6

| | |
|---|---|
| Fax: (918) 599-6311 | ALLEN & OVERY LLP |
| | 1221 Avenue of the Americas |
| Terry W. West | New York, N.Y. 10020 |
| THE WEST LAW FIRM | Tel: (212) 610-6300 |
| P.O. Box 698 | Fax: (212) 610-6399 |
| Shawnee, OK 74802 | |
| Tel: (405) 275-0040 | |
| Fax: (405) 275-0052 | |

/s/ Karen Lee_____
Karen Lee, CO #0017
Pamela Rogers Chepiga (Pro Hac Vice)
Andrew Bruce Matheson (Pro Hac Vice)

 /s/ Anne J. Castle_____
Anne J. Castle, CO #11202
Scott S. Barker, CO #11177
J. Triplett Mackintosh, CO #22359
William E. Murane, CO #2676
Douglas L. Abbott, CO #18683
Hamid M. Khan, CO #34139
Danielle R. Voorhees, CO #35929
Valerie L. Simons, CO #30218
Barry C. Bartel, CO #23040
Jonathan S. Bender, CO #33979
Nicole P. Livolsi, CO #36267
HOLLAND & HART LLP
555 Seventeenth Street
Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
Fax: (303) 295-8261


Of Counsel
Barbara J. Olshansky (N.Y. State Bar #3635)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, N.Y. 10012
Tel: (212) 614-6439

Case 1:05-cv-01506-UNA    Document 27    Filed 02/21/2006    Page 8 of 8