**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABDULLA THANI FARIS AL-ANAZI, *et al.*,<br><br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    *Respondents* | Civ. No. 1:05-CV-0345<br>(JDB) (AK) |
| FAWZI AL ODAH, *et al.*,<br><br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    *Respondents* | Civ. No. 1:02-CV-0828<br>(CKK) (AK) |
| ABDULSALAM ALI ABDULRAHMAN<br>  AL-HELA, *et al.*,<br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    *Respondents* | 05-CV-1048 (RMU) (AK) |

| | | |
|---|---|---|
| **SAEED MAHAMMED SALEH HATIM,** *et al.*, | ) ) ) ) | |
| *Petitioners,* | ) ) | **05-CV-1429 (RMU) (AK)** |
| v. | ) ) ) | |
| **GEORGE W. BUSH,** *et al.*, | ) ) ) | |
| *Respondents* | ) ) | |

| | | |
|---|---|---|
| **ABDUL HADI OMER HAMOUD FARAJ,** | ) ) ) | |
| *Petitioners,* | ) ) | **Civ. No. 1:05CV01490** |
| v. | ) ) ) | **(PLF)(AK)** |
| **GEORGE W. BUSH,** *et al.*, | ) ) ) | |
| *Respondents* | ) ) | |

| | | |
|---|---|---|
| **MOHAMMED,** *et al.* | ) ) ) ) | |
| *Petitioners,* | ) ) | **Civ. No. 1:05CV02087** |
| v. | ) ) ) | **(RMC)(AK)** |
| **GEORGE W. BUSH,** *et al.*, | ) ) ) | |
| *Respondents* | ) ) | |

2

| | |
|---|---|
| **NABIL**, *et al.* )<br>)<br>       *Petitioners,*     )<br>)<br>   v.                        )<br>)<br>)<br>**GEORGE W. BUSH**, *et al.*,  )<br>)<br>       *Respondents*       )<br>_____) | **Civ. No. 1:05CV01504**<br>**(RMC)(AK)** |
| **AL HAWARY**, *et al.* )<br>)<br>       *Petitioners,*     )<br>)<br>   v.                        )<br>)<br>)<br>**GEORGE W. BUSH**, *et al.*,  )<br>)<br>       *Respondents*       )<br>_____) | **Civ. No. 1:05CV01505**<br>**(RMC)(AK)** |
| **SAIB**, *et al.* )<br>)<br>       *Petitioners,*     )<br>)<br>   v.                        )<br>)<br>)<br>**GEORGE W. BUSH**, *et al.*,  )<br>)<br>       *Respondents*       )<br>_____) | **Civ. No. 1:05CV01353**<br>**(RMC)(AK)** |

3

| | | |
|---|---|---|
| **SHAFIQ,** *et al.* | ) ) | |
| *Petitioners,* | ) ) | |
| v. | ) ) | **Civ. No. 1:05CV01506 (RMC)(AK)** |
| | ) ) | |
| **GEORGE W. BUSH,** *et al.,* | ) ) | |
| *Respondents* | ) ) ) | |

| | | |
|---|---|---|
| **HASSAN BIN ATTASH,** *et al.* | ) ) | |
| *Petitioners,* | ) ) | |
| v. | ) ) | **Civ. No. 1:05CV01592 (RCL)(AK)** |
| | ) ) | |
| **GEORGE W. BUSH,** *et al.,* | ) ) | |
| *Respondents* | ) ) ) | |

| | | |
|---|---|---|
| **ABDANNOUR SAMEUR,** *et al.* | ) ) | |
| *Petitioners,* | ) ) | |
| v. | ) ) | **Civ. No. 1:05CV01806 (CKK)(AK)** |
| | ) ) | |
| **GEORGE W. BUSH,** *et al.,* | ) ) | |
| *Respondents* | ) ) ) | |

4

## NOTICE OF FILING

Petitioners in the above-captioned cases give notice that today they submitted under seal to the Court Security Officer their **Reply Brief in Support of Petitioners' Motion to Compel Privilege Team Compliance with the Amended Protective Order**. By this reply, and in light of the Special Litigation Team's failure to respond, Petitioners repeat their request that the Court order the Privilege Team to comply with the terms of the Amended Protective Order and related orders entered in these cases.

Dated:   April 6, 2006

        Respectfully submitted,

        Counsel for Petitioners:

          /s/ Anant Raut
        David R. Berz (DC 182105)
        David A. Hickerson (DC 414723)
        Anant Raut (DC 490211)
        WEIL GOTSHAL & MANGES LLP
        1300 Eye Street, NW
        Suite 900
        Washington, D.C.   20005
        Tel: (202) 682-7000
        Fax: (202) 857-0939

| | |
|---|---|
| /s/ Kristine Huskey<br>Thomas B. Wilner, D.C. Bar # 173807<br>Neil H. Koslowe, D.C. Bar # 361792<br>Kristine A. Huskey, D.C. Bar #462979<br>Amanda E. Shafer<br>SHEARMAN & STERLING LLP<br>801 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>Tel: (202) 508-8000<br>Fax: (202) 508-8100 | /s/ Randall T. Coyne<br>Randall T. Coyne<br>University of Oklahoma College of Law<br>Andrew Coats Hall<br>300 Timberdell Road<br>Norman, OK  73019<br>Tel: (405) 325-4646<br>Fax: (405) 325-0389 |
| /s/ David H. Remes<br>David H. Remes, D.C. Bar # 370782<br>COVINGTON & BURLING<br>1201 Pennsylvania Avenue, N.W.<br>Suite 803E<br>Washington, D.C.  20004<br>Tel: (202) 662-5212<br>Fax: (202) 662-6291 | Thomas R. Brett<br>Craig Hoster<br>Larry D. Ottaway<br>CROWE & DUNLEVY<br>500 Kennedy Building<br>321 South Boston Avenue<br>Tulsa, OK  74103<br>Tel: (918) 592-9830<br>Fax: (918) 599-6311 |
| Marc Falkoff, D.C. Bar # 491149<br>COVINGTON & BURLING<br>1330 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 841-1166<br>Fax: (646) 441-9166 | Terry W. West<br>THE WEST LAW FIRM<br>P.O. Box 698<br>Shawnee, OK  74802<br>Tel: (405) 275-0040<br>Fax: (405) 275-0052 |
| /s/ Anne J. Castle<br>Anne J. Castele, CO #11202<br>Scott S. Barker, CO #11177<br>J. Triplett Mackintosh, CO #22359<br>William E. Murane, CO #2676<br>Douglas L. Abbott, CO #18683<br>Hamid M. Khan, CO #34139<br>Danielle R. Voorhees, CO #35929<br>Valerie L. Simmons, CO #30218<br>Barry C. Bartel, CO #23040<br>Jonathan S. Bender, CO #33979<br>Nicole P. Livolsi, CO #36267<br>HOLLAND & HART LLP<br>555 Seventeenth Street<br>Suite 3200<br>Denver, CO  80202<br>Tel: (303) 295-8000<br>Fax: (303) 295-8261 | Of Counsel<br>Barbara J. Olshansky ( N.Y State Bar #3635)<br>CENTER FOR CONSTITUTIONAL<br>    RIGHTS<br>666 Broadway<br>New York, NY  10012<br>Tel: (212) 614-6439 |