IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL HAWARY, *et al.*, <br><br>  Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br>  Respondents. | Civil Action No. 05-CV-1505 (RMC)(AK) |
| SHAFIQ, *et al.*, <br><br>  Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br>  Respondents. | Civil Action No. 05-CV-1506 (RMC)(AK) |

**NOTICE OF WITHDRAWAL OF RESPONDENTS' MOTION FOR
RECONSIDERATION OF MAGISTRATE JUDGE'S SEPTEMBER 25, 2006
ORDER ADDRESSING PRIVILEGE TEAM'S RESPONSIBILITIES
<u>UNDER THE PROTECTIVE ORDER</u>**

Respondents hereby withdraw their October 13, 2006 Motion For Reconsideration Of Magistrate Judge Alan Kay's September 25, 2006 Order Addressing Privilege Team's Responsibilities Under The Protective Order. It is respondents' understanding that the September 25, 2006 Order incorrectly included the above captioned cases in the caption of the Order and that Magistrate Judge Kay issued an amended Order correcting the caption on October 16, 2006. See, e.g., <u>Al Odah v. United States</u>, 02-828 (CKK) (dkt. no. 315). Because the

September 25, 2006 Order has not been entered in the above captioned cases and petitioners' February 21, 2006 motion to compel Privilege Team compliance with the protective prder remains pending, respondents hereby withdraw their motion for reconsideration without prejudice to refiling.

Dated: October 24, 2006                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           DOUGLAS N. LETTER
                                           Terrorism Litigation Counsel

                                             /s/ Andrew I. Warden
                                           JOSEPH H. HUNT (D.C. Bar No. 431134)
                                           VINCENT M. GARVEY (D.C. Bar No. 127191)
                                           TERRY M. HENRY
                                           JAMES J. SCHWARTZ
                                           PREEYA M. NORONHA
                                           ROBERT J. KATERBERG
                                           ANDREW I. WARDEN (IN Bar No. 23840-49)
                                           NICHOLAS J. PATTERSON
                                           EDWARD H. WHITE
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Ave., N.W.
                                           Washington, DC  20530
                                           Tel:  (202) 514-4107
                                           Fax:  (202) 616-8470

                                           Attorneys for Respondents