# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUFYIAN BARHOUMI<br>a/k/a SHAFFIQ, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br><br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-CV-1506 (RMC) (AK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE AND CERTIFICATE OF INDIGENT REPRESENTATION UNDER LCvR 83.2(G) FOR DANIELLE R. VOORHEES

I, Danielle R. Voorhees, hereby enter my appearance on behalf of Petitioner Barhoumi in the captioned matter.

Pursuant to LCvR 83.2(g), I hereby certify that I am a member in good standing of the Bars of the Supreme Court of the State of Colorado, the United States District Court for the District of Colorado, and the Tenth Circuit Court of Appeals, and that I am providing legal representation to Petitioner without compensation.

Dated:  May 3, 2007

        Respectfully submitted,


        /s Danielle R. Voorhees_____
        Danielle R. Voorhees
        Anne J. Castle
        Scott S. Barker
        William Murane
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO  80202
        Telephone:  (303) 295-8000

        **ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

I hereby certify that on 5/3/2007, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W., Room 7144
    Washington, DC  20530

    /s Danielle R. Voorhees
    Holland & Hart LLP

3499742_3.DOC