IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUFYIAN BARHOUMI, a/k/a SHAFIIQ, et al., ) ) ) Petitioners/Plaintiffs, ) ) v. ) ) GEORGE W. BUSH, et al., ) ) Respondents/Defendants. ) ) | Civil No. 05-CV-1506 (RMC) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Petitioner/Appellant, Sufyian Barhoumi, a/k/a Shafiiq, through his attorneys, hereby provides notice of his appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's May 15, 2007 Memorandum Opinion and Order ("Order") granting Respondents' Motion to Dismiss, denying Petitioner's Motion to Stay and Hold Proceedings in Abeyance, denying all other pending motions and dismissing Petitioner's petition for a writ of habeas corpus, and from all other adverse orders and rulings. The District Court's Order is attached as Exhibit 1.

Dated: June 13, 2007

                                    Respectfully submitted,

                                    <u>/s Danielle R. Voorhees</u>
                                    Anne J. Castle
                                    Scott S. Barker
                                    J. Triplett Mackintosh
                                    William Murane
                                    Danielle R. Voorhees
                                    HOLLAND & HART LLP
                                    555 Seventeenth Street, Suite 3200
                                    Denver, CO 80202
                                    Telephone: (303) 295-8000

                                    Of Counsel
                                    Shayana Kadidal
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway 7th Floor
                                    New York NY 10012
                                    phone: (212) 614-6438
                                    fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on 6/13/2007, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC  20530


/s Danielle R. Voorhees
Holland & Hart LLP

3723643_1.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAFIIQ, et al.,           )<br>                            )<br>    Petitioners,        )<br>                            )<br>    v.                      )<br>                            )<br>GEORGE W. BUSH, et al.,     )<br>                            )<br>    Respondents.        )<br>_____) | Civil Action No. 05-1506 (RMC) |

## MEMORANDUM OPINION & ORDER

Petitioner, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, filed a petition for a writ of habeas corpus on July 28, 2005. Now before the Court are (1) Respondents' Motion to Dismiss and (2) Petitioners' Opposition, Motion to Stay and Hold Proceedings in Abeyance, and Notice of Intent to File Petition Under Detainee Treatment Act. Upon consideration of the pleadings and the case law, *see Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007); *Kiyemba v. Bush*, No. 05-5487, 2007 WL 964612 (D.C. Cir. Mar. 22, 2007); *Zalita v. Bush*, No. 07-5129 (D.C. Cir. Apr. 25, 2007) (*per curiam*), it is hereby

**ORDERED** that Respondents' Motion to Dismiss [Dkt. # 47] is **GRANTED**; and it is

**FURTHER ORDERED** that Petitioner's Motion to Stay and Hold Proceedings in Abeyance [Dkt. # 49] is **DENIED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED** as moot; and it is

**Exhibit 1**

**FURTHER ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction; accordingly, this case is closed.

**SO ORDERED.**

Dated: May 15, 2007.

/s/
ROSEMARY M. COLLYER
United States District Judge