UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAFIIQ, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-1506 (RMC) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

Good cause appearing, it is hereby

**ORDERED** that Petitioner Sufyian Barhoumi's (a/k/a Shafiiq) Motion for Leave to Appeal In Forma Pauperis [Docket No. 54] is **GRANTED**.

**SO ORDERED.**

Dated: June 18, 2007.                    /s/
ROSEMARY M. COLLYER
United States District Judge