**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SHAFIIQ, et al., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-1506 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**[Proposed] Order**

It is hereby ordered that Petitioner's Motion Under Rule 60(b)(6) of the Federal Rules of Civil Procedure (dkt. no. 56) is DENIED.

IT IS SO ORDERED.

Dated: _____

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE