**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SUFYIAN BARHOUMI a/k/a SHAFFIQ, *et al.*, | ) ) ) | |
| Petitioners/Plaintiffs, | ) ) | |
| v. | ) ) | Civil No.  05-CV-1506 (RMC) (AK) |
| GEORGE W. BUSH, *et al.*, | ) ) | |
| Respondents/Defendants. | ) ) ) | |

**NOTICE REGARDING ISSUANCE OF MANDATE**

Please take notice that on February 27, 2008, the United States Court of Appeals for the District of Columbia Circuit issued the Mandate for its Order remanding this matter to this Court to allow the Court to consider the pending motion for reconsideration.  The Mandate is attached as Exhibit A.

Dated:  March 7, 2008

Respectfully submitted,


/s Danielle R. Voorhees
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY  10012
phone: (212) 614-6438
fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC  20530


/s Danielle R. Voorhees
Holland & Hart LLP

3841506_1.DOC

3