# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 07-5211            September Term, 2007

05cv01506

Filed On:

Sufyian Barhoumi, *a/k/a* Shafiiq, Detainee,
    Appellant

Jamaal Kiyemba, As next friend of Shafiiq (Last Name Unknown),
    Appellee

v.

George W. Bush, President of the United States, et al.,
    Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED DEC 27 2007

CLERK

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:
BY:

ATTACHED:
___ Amending Order
___ Opinion
___ Order on Costs

BEFORE:     Rogers, Garland, and Griffith, Circuit Judges

## ORDER

Upon consideration of the motion for remand, the opposition thereto, and the reply; and the cross-motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the motion for remand be granted and the case be remanded to allow the district court to consider the pending motion for reconsideration under Federal Rule of Civil Procedure 60(b). See Hoai v. Vo, 935 F.2d 308, 312 (D.C. Cir. 1991); Smith v. Pollin, 194 F.2d 349, 350 (D.C. Cir. 1952) (per curiam). It is

**FURTHER ORDERED** that the cross-motion for summary affirmance be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. 41(b); D.C. Cir. Rule 41.

**Per Curiam**