**DECLARATION OF FUAD YAHYA**

I, Fuad M. Yahya, declare as follows:

1. I am fluent in both the English and Arabic languages, and am fully qualified to translate written documents from Arabic to English.

2. I have translated a handwritten note by Sufyian Barhoumi, dated April 23, 2008, allowing the law firm of Holland and Hart to represent him, from Arabic to English, based on an electronic copy furnished to me by Holland and Hart.

3. The translation is true and accurate English translation of the Arabic text, with the following observations about the original Arabic note::

    a. The name of Mr. Sufyian Barhoumi is written "Barhoumi Sufyian," following the Algerian custom of writing the family name before the first name.

    b. The name of Mr. William Murane is misspelled.

    c. The note is written with poor syntax and no punctuations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of May, 2008.

By: _____
Fuad M. Yahya

23 April 2008

I, Sufyian Barhoumi, hereby permit the lawyers of the law firm of Holland and Hart, including William Murane and Triplett Mackintosh, to represent me in issues and matters related to my health, in dealing with the Algerian government, and in legal proceedings at United States courts.

      [signature]

۲۲ ایول ۲۰۰۸

انا براہوی سفیان اصرح بجزا الحامیین
کی من مکتب مولاند وھرت الکامی ویلیم بورین و قیلت ان یمثلوني
في مسائل قضایا معتقلة یعنی
ومقابلات مع الحکومة الجزائریه ومطبوعات عا تدیدہ

اعلم الحاکم اللہ یکبہ

UNCLASSIFIED