IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil No. 05-CV-1506 (RMC) |
| ) | |

**REQUEST FOR 30-DAYS' NOTICE PRIOR TO TRANSFER FROM GUANTANAMO
BY PETITIONER SUFYIAN BARHOUMI A/K/A SHAFIIQ (ISN 694)**

Pursuant to the Court's July 10, 2008 Order (Docket No. 70-2), Petitioner hereby requests that the Court and Petitioner's counsel be provided with 30-days' notice prior to transfer of Petitioner from Guantanamo.

Dated: July 14, 2008

Respectfully submitted,

/s Anne J. Castle
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY  10012
phone: (212) 614-6438
fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on 7/14/2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W., Room 7144
    Washington, DC  20530

    /s Lisa M. Podsiadlik
    Holland & Hart LLP

3896954_1.DOC