**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUFYIAN BARHOUMI </br>a/k/a SHAFFIQ, *et al.*, </br> </br>    Petitioners/Plaintiffs, </br> </br>  v. </br> </br> GEORGE W. BUSH, *et al.*, </br> </br>    Respondents/Defendants. </br> _____ | ) </br> ) </br> ) </br> ) </br> ) </br> )    Civil No. 05-CV-1506 (RMC) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ENTRY OF APPEARANCE AND CERTIFICATE OF INDIGENT REPRESENTATION UNDER LCvR 83.2(G) FOR JONATHAN S. BENDER**

I, Jonathan S. Bender, hereby enter my appearance on behalf of Petitioner Barhoumi in the captioned matter.

Pursuant to LCvR 83.2(g), I hereby certify that I am a member in good standing of the Bars of the Supreme Court of the State of Colorado and the United States District Court for the District of Colorado, and that I am providing legal representation to Petitioner without compensation.

Dated: August 15, 2008

        Respectfully submitted,

        *s/ Jonathan S. Bender*
        Jonathan S. Bender
        Anne J. Castle
        Scott S. Barker
        William Murane
        Danielle R. Voorhees
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO 80202
        Telephone: (303) 295-8000

        **ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W., Room 7144
> Washington, DC  20530

                                              s/ *Jonathan S. Bender*
                                              Holland & Hart LLP

3893571_1.DOC