**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NABIL HADJARAB, *et al.*, | ) | |
| | ) | |
| Petitioners/Plaintiffs, | ) | |
| v. | ) | Civil No. 05-CV-1504 (RMC) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents/Defendants. | ) | |

| | | |
|---|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, | ) | |
| | ) | |
| Petitioners/Plaintiffs, | ) | |
| v. | ) | Civil No. 05-CV-1505 (RMC) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents/Defendants. | ) | |

| | | |
|---|---|---|
| SUFYIAN BARHOUMI a/k/a SHAFFIQ, *et al.*, | ) | |
| | ) | |
| Petitioners/Plaintiffs, | ) | |
| v. | ) | Civil No. 05-CV-1506 (RMC) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents/Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the attorney listed below on behalf of petitioners in the above-captioned matters.

> Shayana Kadidal
> CENTER FOR CONSTITUTIONAL RIGHTS
> 666 Broadway, 7th Floor
> New York NY  10012
> Tel: (212) 614-6438
> Fax: (212) 614-6499

Thank you.

                                              Respectfully submitted,

                                                  /s/
                                        Shayana Kadidal [D.C. Bar No. 454248]

Dated: September 10, 2008