# DECLARATION OF CURTIS M. SCAPARROTTI

Pursuant to 28 U.S.C. § 1746, I, Curtis M. Scaparrotti, hereby declare the following:

1. I currently serve as the commander of Combined Joint Task Force (CJTF)-82 and Regional Command (East) (RC(E)) . CJTF-82 is a United States-led subordinate formation of United States Forces – Afghanistan (USFOR-A). RC(E) is a United States-led formation of the International Security Assistance Force (ISAF) of the North Atlantic Treaty Organization, and it is one of two ISAF Regional Commands along the border between Pakistan and Afghanistan. The CJTF-82/RC(E) headquarters is located at Bagram Airfield, Afghanistan. CJTF-82/RC(E) is made up of elements of a number of U.S. and ISAF coalition military forces, including the 82nd Airborne Division. CJTF-82/RC(E)'s mission is to protect the population of Afghanistan, increase the competency, capacity, and credibility of Afghan institutions, and defeat Anti-Afghan Forces (AAF), in partnership with the Government of the Islamic Republic of Afghanistan (GIRoA), and in close coordination with other U.S. military, U.S. Government and multinational partners.

2. I have served on active duty with the United States Army since graduating from the United States Military Academy in 1978. Before my current assignment, I served as the commander of the 82nd Airborne Division from October 2008 to May 2009. From June 2006 until October 2008, I served as director of operations for United States Central Command, overseeing the United States Armed Forces' operations in a 25-country region. I also served as assistant deputy director for Joint Operations on the Joint Staff from 2001 to 2003.

3. I have served in my current position since June 2009. As the commander, I am responsible for more than 22,000 Soldiers, Sailors, Airmen, Marines, and NATO and Coalition partners who comprise CJTF-82/RC(E).

1

4. The CJTF-82/RC(E) Joint Operations Center (JOC) at Bagram Airfield serves as the operational command and control headquarters for all U.S. and NATO military and civilian operations in RC(E). The JOC provides work and collaboration space to the CJTF-82/RC(E) command group and staff, U.S. Government agency staff, and ISAF Coalition Force liaisons. Specifically, the JOC serves as the nerve center for military operations in RC(E). From the JOC, my staff plans operations, monitors the activities of all CJTF-82/RC(E) units, weapons, and equipment across the battlefield, and reallocates assets to respond decisively to any situation arising within our operational area. We also use the JOC to conduct planning and synchronization meetings with subordinate units and to conduct briefings for visiting officials.

5. Currently, the JOC occupies a structure that was completed in August 2004 with a design life of six years. The facility is an amalgam of prefabricated buildings located inside a Soviet-era aircraft hangar. The JOC has inadequate power capacity, which frequently results in power outages that disrupt functions within the JOC. Due to the JOC's limited size and configuration, a number of CJTF-82/RC(E) staff sections and U.S. Government agencies occupy buildings outside the hangar. These outbuildings are primarily plywood structures and modified shipping containers. The plywood outbuildings are susceptible to fire and weather damage and damage from enemy indirect fire. These structures do not provide an acceptable headquarters for CJTF-82/RC(E).

6. The composition and mission of CJTF-82/RC(E) have changed dramatically since the JOC was built in August 2004, and they will continue to evolve in the foreseeable future. The current JOC facilities have been minimally adequate for the mission up to this point, but cannot accommodate the future needs of CJTF-82. The JOC has insufficient space for meetings and video teleconferences, and its server rooms are filled to capacity. This problem is compounded by the impending surge of military personnel, which will also require a corresponding increase in the number of civilian personnel stationed

2

at Bagram Airfield to support the military mission. As commander of forces in this region, I have determined that a new operations center is immediately necessary to conduct military operations effectively.

7. Construction of a new JOC facility has been approved as part of the FY 2010 National Defense Authorization Act. The site of the current JOC is needed to construct housing facilities for the increasing number of military personnel on Bagram Airfield. Both plans are integral to the successful conduct of operations in Afghanistan and to the safety of our troops here.

8. When completed, the new JOC will accommodate approximately 800 personnel within 109,000 square feet of floor space, which is approximately double the square footage and total personnel capacity of the current JOC structure and outbuildings. The new JOC has a much more functional design, which will provide enhanced command and control capability and integration of civilian and military operations. It will house all CJTF-82 staff sections and U.S. Government agencies in the same building, allowing more efficient coordination and interaction. The new JOC will have technological capabilities to allow better collaboration and communication with our coalition and interagency partners. The design incorporates fixed satellite communications equipment that will be faster, more secure and have greater bandwidth than the tactical communications equipment currently in use, which is designed for temporary, mobile operations in the field. In addition, the new JOC will allow better access control and will provide more protection from indirect fire attack for the personnel who work inside than the current JOC. CJTF-82 does not intend to occupy Bagram Airfield any longer than necessary to complete our mission, and the new JOC is intended to be the command and control facility only for the duration of that mission. The increased capabilities it will provide, however, are vital to our ability to effectively conduct operations now and in the immediate future while safeguarding the lives of our military and civilian personnel, and those of our allies.

3

9. Due to substantial force increases in Afghanistan over the past several years, recently announced troop increases, and the presence of minefields on and around Bagram Airfield, suitable real estate is extremely scarce. The only adequate parcel of land reasonably available for the construction of the new JOC is the current site of the Bagram Theater Internment Facility (BTIF). The BTIF has been replaced with a new facility constructed on a corner of Bagram Airfield, which is expected to facilitate transfer to GIRoA control as soon as reasonably practicable. Once the new JOC is complete, we plan to demolish the current JOC for the construction of much-needed housing to accommodate the increased number of personnel stationed at Bagram.

10. To build the new JOC, we must make the site currently occupied by the BTIF available to the Army Corps of Engineers, which will require the demolition, remediation, and disposal of the remnants of the BTIF. The construction timeline for the new JOC is already lengthy due to the requirement to demolish and dispose of the BTIF in an environmentally and operationally appropriate manner prior to actual construction work.

11. CJTF-82 has begun the process of relocating detainees in the BTIF to a newly constructed detention facility. The current BTIF is expected to be vacant on or before 19 January 2010, at which time we intend to immediately begin the necessary steps for the eventual demolition of that facility. Preserving the empty BTIF in its current state will delay the process of building both the new JOC and the additional housing for the anticipated increase in military personnel, and require the use of limited resources to guard the empty facility against unauthorized access.

12. For these reasons, any delay in the demolition of the BTIF will have a significant and detrimental impact on military operations.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Dated: _30 Dec 2009_

Location: _Bagram Airfield, Afghanistan_

Curtis M. Scaparrotti
Major General, USA